IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| LAURA BURROUGHS, Individually and as Executrix of the Estate of JACK E. BURROUGHS, deceased; HEATHER SINCLAIR, Individually, as Representative of the Estate of BLAKE G. SINCLAIR, deceased, and as Next Friend of K.S., a minor; ALEX SINCLAIR; TAYLOR SINCLAIR; and BRITTANY PHILLIPS,<br><br>    Plaintiffs,<br><br>v.<br><br>AFFORDABLE CARE, LLC, F/K/A AFFORDABLE CARE, INC.; AFFORDABLE CARE, LLC, D/B/A AFFORDABLE DENTURES-TYLER,<br><br>    Defendants. | Case No. 6:23-cv-158-JDK |

## FINAL JUDGMENT

The Court, having considered Plaintiffs' case and rendered its decision by opinion issued this same date, hereby enters **FINAL JUDGMENT**.

It is **ORDERED** that Plaintiffs' claims are **DISMISSED** with prejudice. All pending motions are **DENIED** as moot.

The Clerk of Court is instructed to close this case.

So **ORDERED** and **SIGNED** this **10th** day of **June, 2024.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE